IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN CALVIN WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-4793 |
| | : | |
| CAROLYN W. COLVIN | : | |
| *ACTING COMMISSIONER OF THE* | : | |
| *SOCIAL SECURITY ADMINISTRATION* | : | |

## ORDER

AND NOW, this 29th day of March, 2016, upon consideration of Plaintiff Norman Calvin White's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Plaintiff's reply; after careful and independent review of the Report and Recommendation of United States Magistrate Linda K. Caracappa, Plaintiff's objections thereto, and the Commissioner's response; and for reasons set forth in the accompanying Memorandum, it is ORDERED:

1. The above-captioned case is REMOVED from SUSPENSE;

2. Plaintiff's objections to the Report and Recommendation (Document 16) are SUSTAINED in part and OVERRULED in part;

3. The Report and Recommendation (Document 15) is APPROVED and ADOPTED in part.

4. This case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.